UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JACQUELINE CORTES,**

**Plaintiff,**

**v.** **Case No. 6:26-cv-276-CEM-CAB**

**CITY OF KISSIMMEE, CHARLES BROADWAY, TERRY L. RHODES, PROGRESSIVE AMERICAN INSURANCE COMPANY, and MICHAEL YAWORSKY,**

**Defendants.**

______________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion to Proceed *In Forma Pauperis* ("Motion," Doc. 7). The United States Magistrate Judge issued a Report and Recommendation ("R&R," Doc. 16), recommending that the Motion be denied without prejudice, and the Amended Complaint (Doc. 14) be dismissed.

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 16) is **ADOPTED** and made a part of this Order.
2. Plaintiff's Motion to Proceed *In Forma Pauperis* (Doc. 7) is **DENIED**.
3. The Amended Complaint (Doc. 14) is **DISMISSED without prejudice**.
4. **On or before October 5, 2026**, Plaintiff may file an amended complaint and a renewed motion to proceed *in forma pauperis* that corrects the deficiencies set forth in the Report and Recommendation. Failure to do so will result in the closure of this case without further notice.

**DONE** and **ORDERED** in Orlando, Florida on September 24, 2026

CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party